IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROGER EVANS,

       Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1092

Opinion filed May 3, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Roger Evans, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

       DISMISSED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.